1  PILLSBURY WINTHROP LLP
   WILLIAM F. ABRAMS, California State Bar No. 88805
2  DAVID A. JAKOPIN, California State Bar No. 209950
   NICOLE M. TOWNSEND, California State Bar No. 189655
3  2550 Hanover Street
   Palo Alto, CA  94304-1115
4  Telephone:  (650) 233-4500
   Facsimile:  (650) 233-4545
5
   Attorneys for Plaintiff and Counterdefendant
6  SONICBLUE INCORPORATED

7  IRELL & MANELLA LLP
   Morgan Chu (70446)
8  Perry Goldberg (168976)
   1800 Avenue of the Stars, Suite 900
9  Los Angeles, California, 90067-4276
   Telephone: (310) 277-1010
10 Facsimile: (310) 203-7199

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SONICBLUE INCORPORATED, a Delaware corporation | *E-FILED - 12/4/02* |
| | No. CV-01-21198 RMW |
| Plaintiff, | STIPULATION AND ORDER OF DISMISSAL |
| vs. | |
| TIVO INC., a Delaware corporation, | |
| Defendant. | |
| And Related Counterclaim. | |

60290835v1                                  STIPULATION AND ORDER OF DISMISSAL
                                                    (Case No. CV-01-21198 RMW)

IT IS HEREBY STIPULATED by and between Plaintiff and Counterdefendant SONICblue Incorporated ("SONICblue") and Defendant and Counterclaimant TiVo Inc. ("TiVo") that this action be dismissed <u>without prejudice</u> pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear its own fees and costs.

Dated: November 8, 2002

PILLSBURY WINTHROP LLP
WILLIAM F. ABRAMS
DAVID A. JAKOPIN
NICOLE M. TOWNSEND
2550 Hanover Street
Palo Alto, CA  94304-1115

By _____/s/_____
Nicole M. Townsend

Attorneys for Plaintiff and Counterdefendant
SONICBLUE INCORPORATED

Dated: November 7, 2002.

IRELL & MANELLA LLP
MORGAN CHU
PERRY M. GOLDBERG
MICHAEL A. SCHALDENBRAND
2550 Hanover Street
Palo Alto, CA  94304-1115

By _____/s/_____
Perry Goldberg

Attorneys for Defendant and
Counterclaimant TIVO, INC.

I attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated: November 8, 2002

_____/s/_____
Nicole M. Townsend

**IT IS SO ORDERED.**

Dated: __12/4__, 2002

/S/ RONALD M. WHYTE
RONALD M. WHYTE
United States District Judge